IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                                  Case No.: 22-30551-KLP
                                                                                                             Chapter 7

RODNEY GERALD YOUNG
                Debtor,

_____

FC MARKETPLACE, LLC
                          Plaintiff,

v.

RODNEY GERALD YOUNG
and
PETER J. BARRETT,
in his capacity as Chapter 7 Trustee,
                          Debtor-Defendants.

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
### OF FC MARKETPLACE, LLC

      FC Marketplace, LLC, by and through counsel, hereby withdraws Proof of Claim No. 5

filed on 7/24/22.

Dated: 9/19/22                                   FC MARKETPLACE, LLC

                                             By: _____
                                                                       Counsel

P. George Eliades, II, Esquire
VSB No. 38314
The Eliades Law Firm, P.L.L.C.
14000 North Enon Church Road
Chester, Virginia 23836
(804) 541-1941 (phone)
(804) 541-2673 (fax)

### CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2022, a true and complete copy of the foregoing
Notice of Withdrawal of Proof of Claim of FC Marketplace, LLC was provided electronically

and/or by first-class U.S. mail, postage prepaid, to the following:

> James E. Kane, Esquire
> Kane & Papa, PC
> 1313 East Cary Street
> P.O. Box 508
> Richmond, Virginia 23218
>     Counsel for Debtor
>
> Peter J. Barrett
> Kutak Rock LLP
> 901 East Byrd Street, Suite 1000
> Richmond, Virginia 23219
>     United States Trustee
>
> Rodney Gerald Young
> 2601 Founders Bridge Road
> Midlothian, Virginia 23113
>     Debtor

_____
Counsel