**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re

Rodney Gerald Young,  Case No. 22-30551-KLP
  Chapter 7
 Debtor(s).

**SECOND ORDER EXTENDING TIME (1) TO FILE A COMPLAINT
TO OBJECT TO THE DISCHARGE AND (2) TO FILE A
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

This matter came before the Court upon the United States Trustee's Second Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. §707 (the "Motion"), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The last day to file a complaint to object to the above captioned Debtor's discharge or to file a motion to dismiss this case is extended through and including December 12, 2022.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

**Dated:** Sep 28 2022

/s/ Keith L Phillips

**Keith L. Phillips**
**Bankruptcy Judge**
**United States Bankruptcy Court**

Entered On Docket: Sep 29 2022

Kathryn R. Montgomery, Esq., AUST (Va. Bar No. 42380)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Jason B. Shorter, Esq. (Va. Bar No. 80989)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

I ask for this:

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219

## **CERTIFICATION**

      I hereby certify that this Order has been either served on or endorsed by all necessary parties.

                                       /s/ Shannon Pecoraro
                                       Shannon Pecoraro

# SERVICE LIST

Rodney Gerald Young
2601 Founders Bridge Road
Midlothian, VA 23113

James E. Kane, Esq.
Kane & Papa, PC
1313 East Cary Street
P. O. Box 508
Richmond, VA 23218-0508

Peter J. Barrett, Esq.
Kutak Rock, LLP
901 E. Byrd Street, Suite 1000
Richmond, VA 23219

Shannon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219